UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WACHOVIA BANK, NATIONAL ASSOCIATION,
                     Plaintiff,                              07 cv 11230 (BSJ) (RLE) ECF CASE

      -against-                                   **MOTION FOR ADMISSION
                                                                   PRO HAC VICE**

CASA DE CAMBIO MAJAPARA S.A. DE C.V. a/k/a
MAJAPARA CASA DE CAMBIO S.A. DE C.V.,
                     Defendant.

     Pursuant to Rule 1.3 of the Local Rule of the United States Courts for the Southern and Eastern Districts of New York, I Mark L. Radtke, hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Daniel Tapia Izquierdo, not personally, but in his capacity as (i) trustee, appointed in the matter of the Comisión Nacional Bancaria y de Valores v. Casa de Cambio Majapara S.A. de C.V. (the "Debtor"), pending in the Second District Court for Civil Matters in and for the First Circuit, Mexican States, Commercial Bankruptcy Proceeding No. 118/2008, under the Ley de Concursos Mercantiles (Law of Commercial Insolvency) a/k/a the Mexican Law of Commercial Bankruptcy Proceedings, and (ii) the Debtor's recognized foreign representative pursuant to the Order Recognizing Foreign Main Proceeding that was entered on December 18, 2008 by the United States Bankruptcy Court for the Northern District of Illinois (Chapter 15 Case No. 08-30669), in the above-captioned action.

     I am in good standing of the bar of the state of Illinois and there are no pending disciplinary proceedings against me in any state or federal court. A current letter of good standing from the Attorney Registration Disciplinary Commission of the Supreme Court of Illinois is attached hereto.

Dated: October 17, 2011                  Respectfully Submitted,

                                          _____
                                          Applicant Signature

                                          Applicant's Name: ____Mark L. Radtke____

                                          Firm Name: Shaw Gussis Fishman Glantz Wolfson & Towbin LLC

                                          Address: 321 N. Clark Street, Suite 800

                                          City / State / Zip: Chicago, Illinois 60654

                                          Telephone / Fax: 312-541-0151 / 312-980-3888

                                          E-Mail: mradtke@shawgussis.com



**ATTORNEY REGISTRATION AND DISCIPLINARY COMMISSION**
of the
**SUPREME COURT OF ILLINOIS**
www.iardc.org

| | |
|---|---|
| One Prudential Plaza<br>130 East Randolph Drive, Suite 1500<br>Chicago, IL 60601-6219<br>(312) 565-2600  (800) 826-8625<br>Fax (312) 565-2320 | One North Old Capitol Plaza, Suite 333<br>Springfield, IL 62701<br>(217) 522-6838  (800) 252-8048<br>Fax (217) 522-2417 |

Mark L. Radtke
Shaw Gussis
321 North Clark Street, Suite 800
Chicago, IL 60654

Chicago
October 13, 2011

In re: Mark Lee Radtke
Admitted: 11/8/2001
Attorney No. 6275738

To Whom It May Concern:

The records of the Clerk of the Supreme Court of Illinois and of this office indicate that the attorney named above was admitted to the practice of law in Illinois; is currently registered on the master roll of attorneys entitled to practice law in this state; and has never been disciplined; and is in good standing.

Very truly yours,
Jerome Larkin
Administrator

By: _____
Roxanne Trenter
Deputy Registrar

RT

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WACHOVIA BANK, NATIONAL ASSOCIATION,
                   Plaintiff,

        -against-

CASA DE CAMBIO MAJAPARA S.A. DE C.V. a/k/a
MAJAPARA CASA DE CAMBIO S.A. DE C.V.,
                   Defendant.

07 cv 11230 (BSJ ) (RLE)

**ORDER FOR ADMISSION
PRO HAC VICE**

The motion of Mark L. Radtke, for admission to practice Pro Hac Vice in the above-captioned action is granted.

Applicant has declared that he is a member in good standing of the bar of the state of Illinois; and that his contact information is as follows:

    Applicant's Name: Mark L. Radtke

    Firm Name: Shaw Gussis Fishman Glantz Wolfson & Towbin LLC

    Address: 321 N. Clark Street, Suite 800

    City / State / Zip: Chicago, Illinois 60654

    Telephone / Fax: 312-541-0151 / 312-980-3888

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Daniel Tapia Izquierdo, not personally, but in his capacity as (i) trustee, appointed in the matter of the Comisión Nacional Bancaria y de Valores v. Casa de Cambio Majapara S.A. de C.V. (the "Debtor"), pending in the Second District Court for Civil Matters in and for the First Circuit, Mexican States, Commercial Bankruptcy Proceeding No. 118/2008, under the Ley de Concursos Mercantiles (Law of Commercial Insolvency) a/k/a the Mexican Law of Commercial Bankruptcy Proceedings, and (ii) the Debtor's recognized foreign representative pursuant to the Order Recognizing Foreign Main Proceeding that was entered on December 18, 2008 by the United States Bankruptcy Court for the Northern District of Illinois (Chapter 15 Case No. 08-30669), in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing

discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password.

Dated: October 17, 2011

_____

United States District / Magistrate Judge

## CERTIFICATE OF SERVICE

Mark L. Radtke certifies that he caused to be served a true copy of Motion for Admission Pro Hac Vice and Order for Admission Pro Hac Vice, on the below Service List by U.S. Mail on this 17th day of October, 2011.

/s/ Mark L. Radtke

**Scott Stephen McKessy**
Reed Smith, LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103
212-521-5421
Fax: 212-521-5450
Email: mckessy@halloran-sage.com

**Casey Devin Laffey**
Reed Smith
599 Lexington Avenue
New York, NY 10022
(212) 521-5400
Fax: (212)-521-5450
Email: claffey@reedsmith.com

**George Foulke du Pont**
Tannenbaum Helpern Syracuse & Hirschtritt LLP
900 Third Avenue
New York, NY 10022
(212)-508-6743
Fax: (212)-202-7516
Email: dupont@thshlaw.com

**Vincent Joseph Syracuse**
Tannenbaum Helpern Syracuse & Hirschtritt LLP
900 Third Avenue
New York, NY 10022
(212)-508-6722
Fax: (212)-656-1916
Email: syracuse@thshlaw.com

**David Allan Pellegrino**
Tannenbaum Helpern Syracuse & Hirschtritt LLP
900 Third Avenue
New York, NY 10022
(212)-508-6716
Fax: (212)-319-6655
Email: dpellegrino@phillipsnizer.com

{6591 LST A0302747.DOC}