USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/25/11

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WACHOVIA BANK, NATIONAL ASSOCIATION,
        Plaintiff,

    07 cv 11230 (BSJ ) (RLE)

    -against-

**ORDER FOR ADMISSION
PRO HAC VICE**

CASA DE CAMBIO MAJAPARA S.A. DE C.V. a/k/a
MAJAPARA CASA DE CAMBIO S.A. DE C.V.,
        Defendant.

  The motion of Mark L. Radtke, for admission to practice Pro Hac Vice in the above-captioned action is granted.

  Applicant has declared that he is a member in good standing of the bar of the state of Illinois; and that his contact information is as follows:

    Applicant's Name: Mark L. Radtke

    Firm Name: Shaw Gussis Fishman Glantz Wolfson & Towbin LLC

    Address: 321 N. Clark Street, Suite 800

    City / State / Zip: Chicago, Illinois 60654

    Telephone / Fax: 312-541-0151 / 312-980-3888

  Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Daniel Tapia Izquierdo, not personally, but in his capacity as (i) trustee, appointed in the matter of the Comisión Nacional Bancaria y de Valores v. Casa de Cambio Majapara S.A. de C.V. (the "Debtor"), pending in the Second District Court for Civil Matters in and for the First Circuit, Mexican States, Commercial Bankruptcy Proceeding No. 118/2008, under the Ley de Concursos Mercantiles (Law of Commercial Insolvency) a/k/a the Mexican Law of Commercial Bankruptcy Proceedings, and (ii) the Debtor's recognized foreign representative pursuant to the Order Recognizing Foreign Main Proceeding that was entered on December 18, 2008 by the United States Bankruptcy Court for the Northern District of Illinois (Chapter 15 Case No. 08-30669), in the above entitled action;

  **IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing

discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password.

Dated: October 17, 2011

_____
United States District / Magistrate Judge