UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------- X

WACHOVIA BANK, NATIONAL ASSOCIATION,

    Plaintiff,

- against -

CASA DE CAMBIO MAJAPARA S.A. de C.V. a/k/a
MAJAPARA CASA DE CAMBIO S.A. de C.V.,

    Defendant.

----------------------------------------------------------------- X

07 Civ. 11230 (BSJ)(RLE)

**STIPULATION OF DISMISSAL**

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Wachovia Bank, National Association (who through merger is now Wells Fargo Bank, N.A., but for ease of reference, we continue to refer to it as Wachovia Bank, National Association) ("Wachovia") and Defendant Casa de Cambio Majapara, S.A. de C.V. a.k.a. Majapara Casa de Cambio, S.A. de C.V. ("Majapara") hereby stipulate to the dismissal of (1) all counterclaims brought herein against Wachovia, with such claims being dismissed without prejudice; and (2) Counts II-V of Wachovia's Amended Complaint, with such counts being dismissed without prejudice. For clarity sake, Count I of Wachovia's Amended Complaint is not being dismissed and remains pending. The Parties each agree to bear their own fees and costs.



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10-28-11

Respectfully submitted this 26th day of October, 2011.

| /s/ Casey Laffey | /s/ Mark Radtke |
|---|---|
| Casey Laffey (CL-1483)<br>Reed Smith LLP<br>599 Lexington Avenue<br>New York, New York 10022<br>Tel. (212) 521-5400<br>Fax. (212) 521-5450<br><br>Attorneys for Wachovia Bank, National Association | Mark L. Radtke<br>Shaw Gussis Fishman Glantz<br>  Wolfson & Towbin LLC<br>321 North Clark Street, Suite 800<br>Chicago, Illinois 60654<br>Tel: (312) 276-1325<br>Fax: (312) 980-3888<br><br>Attorneys for Daniel Tapia Izquierdo, not personally, but in his capacity as foreign representative and trustee of Casa de Cambio Majapara S.A. de C.V. |

So ordered.

*[signature]*

10/28/11    USDJ