UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
WACHOVIA BANK,

                      Plaintiff,

       -against-

CASA DE CAMBIO MAJAPARA S.A. DE C.V.
et al,

                      Defendants.
------------------------------------------------------------X

07 Civ. 11230 (LGS)

ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/9/14

LORNA G. SCHOFIELD, District Judge:

    It is hereby **ORDERED** that the parties are to submit a status letter to the Court no later than September 30, 2014, and shall submit a status letter every 60 days thereafter or when the case is ready to proceed in this court, whichever is earlier.

    SO ORDERED.

Dated: New York, New York
         September 9, 2014

_____
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE